**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **A. Z. E.K. et al** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **KRISTI NOEM et al** | : | **NO.  26-cv-1703** |

**O R D E R**

**AND NOW**, this     **23rd**     day of **March, 2026**, in accordance with the court's

procedure for assignment of a United States Magistrate Judge to certain District Court Judges on

a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned

case is <u>Magistrate Scott W. Reid.</u>  If the District Court Judge deems referral appropriate, a separate

referral order, specifying the reason for referral, will be issued by the District Court Judge.

**FOR THE COURT:**

**WENDY BEETLSTONE**
**Chief Judge**

**ATTEST:**

**/s/GEORGE WYLESOL**
**GEORGE WYLESOL**
**Clerk of Court**